IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRANCINE WALTERS,[1] | § | |
| | § | No. 244, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN18-02331 |
| DEPARTMENT OF SERVICES FOR | § | Petition No. 18-37066 |
| CHILDREN, YOUTH AND THEIR | § | |
| FAMILIES, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |
| | § | |
| IN THE INTEREST OF: | § | |
| JAYDEN WILLIAMS | § | |

Submitted: December 6, 2019
Decided: January 28, 2020

Before **SEITZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its May 22, 2019 Decision and Order.

---

[1] The Court previously assigned pseudonyms to the appellants under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family

Court is AFFIRMED.


BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice